# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of:<br><br>CTS Research, Inc.<br><br>    Petitioner,<br><br>For an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 | C.A. _____ |

## APPLICATION AND PETITION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

For reasons set forth in the Memorandum of Law and Supporting Declaration of Marissel Descalzo, Petitioner respectfully requests that the Court (a) grant the Application and Petition For an Order to Conduct Discovery; (b) enter the Proposed Order attached to the Petition; (c) authorize Petitioner, pursuant to 28 U.S.C. § 1782, to serve the Subpoenas attached as Exhibits C and D to the Descalzo Declaration for documents and information; and (d) grant any and all other relief to Petitioner as deemed just and proper.

Dated: October 27, 2025

| | |
|---|---|
| **DESCALZO LAW P.A.**<br>Marissel Descalzo (*pro hac vice forthcoming*)<br>150 S.E. 2nd Avenue, Suite 600<br>Miami, Florida 33131<br>Tel.: (305) 489-1018<br>md@descalzolaw.com | **CHRISTENSEN LAW LLC**<br><br>/s/ *Joseph L. Christensen*<br>Joseph L. Christensen (#5146)<br>Anne M. Steadman (#6221)<br>Levi Akkerman (#7015)<br>1201 N. Market Street, Suite 1404<br>Wilmington, DE 19801<br>(302) 212-4330<br>joe@christensenlawde.com<br>asteadman@christensenlawde.com<br>lakkerman@christensenlawde.com<br><br>*Attorneys for Petitioner* |