IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE APPLICATION OF CTS          )
RESEARCH, INC. FOR AN ORDER TO    )
TAKE DISCOVERY FOR USE IN         )   C.A. No. 25-1310-JLH-EGT
FOREIGN PROCEEDINGS PURSUANT      )
TO 28 U.S.C. § 1782               )

## ORDER

Having considered the *ex parte* application for an order pursuant to 28 U.S.C. § 1782 ("the Application") to conduct discovery for use in a foreign proceeding submitted by Petitioner CTS Research, Inc. ("the Petitioner"), and all papers submitted in support thereof, the Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 appear satisfied[1] and (2) the factors identified by the Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Petitioner's Application.

IT IS THEREFORE ORDERED that Petitioner is granted leave to serve the subpoenas in the above-captioned case on AT&T Inc. and T-Mobile USA, Inc. ("the Respondents").[2] Nothing in this order shall be construed to preclude the Respondents from timely moving to quash a subpoena or from challenging alleged deficiencies in the Application.

Dated: November 12, 2025

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]   *See SPS Corp. I v. GM Co.*, 110 F.4th 586, 591 (3d Cir. 2024) (allegations portending future litigation may satisfy the "for use" element of § 1782).

[2]   The subpoenas are attached as exhibits to the Declaration of Marissel Descalzo in the above-captioned case. (*See* D.I. 3, Exs. B & C in C.A. No. 25-1310-JLH-EGT).